AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. $\mathcal{EP20mj3175ATB}$ |
| Lydia Ana TORRES ) | |
| ) | |
| ) | |
| ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 11, 2020 _____ in the county of _____ El Paso _____ in the

_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 952 | Defendand did, knowingly and intentionally, attempt to import into the United States from the Republic of Mexico, approximately .1427 kilograms (gross weight) of Fetanyl, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Flores - HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 09/15/2020 _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____         Anne T. Berton, U.S. Magistrate *Judge*
*Printed name and title*

Oath Telephonically Sworn
Date: 9-15-2020
At ___ 7:38 AM/PM
Fed.R.Crim.P 4 1(b)(2)(A)

**AFFIDAVIT**

On Friday, September 11, 2020, at approximately 7:05 pm, at the Ysleta Port of Entry (POE) in El Paso, Texas, Customs and Border Protection Officer (CPBO) Sobernis was assigned to lane 9 when Lydia Ana TORRES applied for entry. TORRES was driving a white 2020 Buick Encore bearing Tennessee plates 9V22S5. TORRES presented a valid New Mexico identification card. TORRES stated she had no food, alcohol, tobacco or firearms to declare and that she was born in the United States. TORRES informed CBPO Sobernis that she had traveled from Albuquerque, NM, to Juarez to drop off clothing items to her boyfriend's sister. TORRES then stated that she occasionally helps her boyfriend's family by taking them stuff they need. TORRES informed CBPO Sobernis that the vehicle she was driving was a rental. As CBPO Sobernis was conducting the interview, he noticed the vehicle had several scratches throughout the doors and body. CBPO Sobernis also noticed TORRES was avoiding eye contact by facing away while answering his questions. TORRES stated she had $30.00 USD. CBPO Sobernis observed several grocery bags in the back seat of the vehicle which contained alcoholic beverages and potato chips. TORRES stated she had met her boyfriend's sister at a Del Rio convenience store, handed her several items and then went shopping. CBPO Sobernis noticed that TORRES appeared to be pretending to look for something in her purse. TORRES then stated she had not done any vehicle repairs to the vehicle while in Juarez and that she was unemployed. TORRES stated she was traveling by herself and that her boyfriend was very busy building pools in Albuquerque, NM. CBPO Sobernis then referred TORRES for a secondary inspection.

During the secondary inspection, CBPO Archuleta received a second negative US Customs declaration from TORRES. TORRES informed CBPO Archuleta that she had $60 USD. TORRES then stated that no mechanical work had been done to the vehicle and that she had rented the car in Albuquerque. CBPO Archuleta noticed TORRES becoming extremely nervous as she displayed a sudden flushed and pale complexion. TORRES also began to stutter while answering simple questions about the purpose for her travel to Mexico. TORRES then stated she had gone to the gas station in Juarez and was only there for a couple of hours to meet her boyfriend's sister to give her clothes she had brought to her from Albuquerque. CBPO Archuleta noticed TORRES' hands were shaking, and she was constantly switching the positions of her hand placement as she gripped the vehicle's steering wheel. TORRES then stated no one else had driven the vehicle and that she wasn't doing any favors for anyone. CBPO Archuleta asked TORRES if she had been threatened by anyone to do or bring anything illegal to the United States and TORRES stated no.

At approximately 7:47 pm, Supervisor Customs and Border Patrol Officer (SCBPO) Wolfe requested CBPO Terrazas to assist with a pat-down of TORRES. SCBPO Wolfe, CBPO's Ingram and Terrazas escorted TORRES to a Search Room. At approximately 7:50 pm, a pat-down was conducted. CBPO Terrazas immediately felt an abnormality in the groin area. CBPO Terrazas asked TORRES what she was concealing, TORRES replied, nothing. CBPO Terrazas asked TORRES to squat and that's when CBPO Terrazas felt a hard object in her groin area. TORRES had a white clear condom concealed inside her vaginal cavity. CBPO Terrazas asked TORRES if she was willing to

remove the condom, TORRES stated yes. TORRES then removed what appeared to be a condom filled with pills. The pills were a total weight of 142.7 grams and field tested positive for the properties of fentanyl.

Homeland Security Investigations (HSI) Special Agents (SA) Robert Flores and Michelle Malfavon arrived and began an investigation. A search of the vehicle by CBP revealed a handwritten letter that stated the following:

"What up with all the running arounding in coasting us a lot of money it should be worth or time and it seem like we are not making anything after all the running around…

u told me u had the 2,000 pills that the only why its going to be worth it..

or if he gives us them 4 the same price we pay for them over there or if not give them 2 us for 2 dollars

to work with us the see we are coming out here all the time and it aint cheap…. If we are going to coninue to work together he need to trust us and meet us half ways"

At approximately 10:18 pm, TORRES was interviewed by Special Agents. Before TORRES could be advised of her Miranda rights, TORRES was visibly distraught, yelling and crying claiming her sister was in harm's way. TORRES stated she had driven down from Albuquerque with her sister and her sister's ex-boyfriend claiming he was threatening physical harm to their mother and to her sister. TORRES continued to state that she was forced to rent a hotel room near the intersection of Yarbrough and Interstate 10 but could not recall the room number. TORRES stated she was forced to drive into Juarez, purchase pills from an unknown individual and return to El Paso or her sister would be harmed. Agents allowed TORRES to contact the El Paso Police Department emergency line to report her sister's situation. Agents also allowed TORRES to call her family in Albuquerque to warn them that she felt her mother would be in danger as well.

Agents then explained to TORRES they needed to continue the investigation of the fentanyl pills that were discovered. TORRES stated she understood her Miranda rights as per her signature, waived her rights, and agreed to answer questions without the presence of an attorney. TORRES made the following non-verbatim statement.

TORRES informed Agents her sister's boyfriend "Joey" had a long and violent past with her sister and had almost killed her on two separate occasions. TORRES could not remember "Joey's" last name and stated he had threatened their mother as well before driving down to El Paso. TORRES stated Joey forced her and her sister to drive down to El Paso, rent a hotel room and purchase pills with $2,800 USD that was provided to her by Joey. TORRES was instructed to cross into Juarez, meet with an unknown male at a gas station and purchase the narcotics. The unknown man instructed TORRES how to place the narcotics and cross into El Paso. TORRES stated Joey would harm her sister if she didn't return to the hotel room with the narcotics.