PS 8(12/04)              **UNITED STATES DISTRICT COURT**
for the
Western District of Texas



U.S.A. vs. Lydia Ana Torres                    Docket No. EP-20-CR-02141-KC-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW <u>Guadalupe Guillen</u>, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant <u>Lydia Ana Torres</u>, who was placed under Pretrial Release supervision by the <u>Honorable Anne T. Berton, U.S. Magistrate Judge</u>, sitting in the court at El Paso, Texas, on the <u>21st day of September 2020</u>, under the following conditions:   Please See Copy of Appearance and Compliance Bond Issued on <u>September 21, 2020.</u>

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:   United States Pretrial Services alleges the defendant has violated the following conditions of her release:

**Condition 4: The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.**

On October 1, 2021, the defendant was sentenced by the Honorable Judge Kathleen Cardone to eighteen months imprisonment.   The defendant was ordered to self-surrender for service of sentence on or before 2:00pm on November 1, 2021, either at the institution designated by the Bureau of Prisons or to the Office of the United States Marshal.   On November 1, 2021, defense counsel filed a motion to amend voluntary surrender date and on November 2, 2021, the motion to extent voluntary surrender date was approved by the court.   The defendant's self-surrender date was extended to November 30, 2021, by 2:00pm.

As per courtesy supervision United States Probation Officer Anthony Carter, the defendant was instructed to report to the United States Probation Office in Albuquerque, New Mexico at 12:00pm on November 30, 2021, to self-surrender.   On November 30, 2021, the defendant kept in communication with officer Carter and informed him she could report by 2:00pm as instructed by defense counsel.   The defendant failed to self-surrender and on December 1, 2021, Pretrial Services established contact with the defendant's mother who indicated that the defendant was admitted into a psychiatric hospital in Los Lunas, New Mexico.   The defendant's mother did not provide any further information as to where the defendant had been admitted.   On December 1, 2021, Pretrial Services searched psychiatric hospitals in Los Lunas, New Mexico and came across University Psychiatric Hospital. Pretrial Services established contact with Resident Physician, Zach Tiger who verified the defendant self-admitted herself to University Psychiatric Hospital on November 30, 2021.   On December 2, 2021, United States Probation Officer, Anthony Carter was contacted by the case manager at University Psychiatric Hospital and informed the defendant was discharged on December 2, 2021, at 1:30pm with instructions to

Lydia Ana Torres
EP-20-CR-02141-KC-1
PETITION FOR ACTION
Pg. 2

report to officer Anthony Carter.   However, the defendant failed to report to the United States Probation Office.   On December 7, 2021, Pretrial Services verified with the Phoenix Federal Correctional Institution and the defendant has failed to surrender.

Assistant United States Attorney, Susanna Martinez has been notified of Pretrial Services' intent to file a Petition for Action requesting a warrant for arrest be issued.

**PRAYING THAT THE COURT WILL ORDER: That a warrant be issued for the Defendant's arrest.**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 7, 2021

_____
Guadalupe Guillen
U.S. Pretrial Services Officer
915-730-6910
Place: El Paso, TX

**ORDER OF THE COURT**

It is, on this ____7th____ day of ____December____, 2021, ordered that a warrant of arrest be issued and that the Defendant be brought before the Court for a Bond Revocation Hearing, pursuant to 18 U.S.C., Section 3148, and Bail Forfeiture Hearing, pursuant to Fed. R. Crim. P. 46(f)(1).

_____
Kathleen Cardone
United States District Judge